Walter T. Schnurstein and William Hansen v. Stephen L. Barzso.
Stephen L. Barzso, Appellant, v. City of Wheaton, a Municipal Corporation, et al., Appellees.

Gen. No. 11,366.

Second District, Second Division.
February 23, 1961.

George J.

Ditchie, of Melrose Park, and Neill K. Quinn, of Chicago, for appellant; Baker, McKenzie & Hightower, of Chicago, for appellees. Opinion by JUDGE CROW. Not to be published in full.